JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Starbuzz Tobacco, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Layalina Tobacco Manufacturing ) <br> F.Z.C., et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | SACV 13-00144 JVS (MLGx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: October 20, 2014

                                                                                                      _____ <br>
                                                                                                        James V. Selna <br>
                                                                                  United States District Judge